IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WILLIE ROBERT BROOKS,<br><br>    Petitioner<br><br>VS.<br><br>STEVE ROBERTS,<br><br>    Respondent | NO.  3:08-CV-109 (CDL)<br><br>**PROCEEDINGS UNDER 28 U.S.C. §2254**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION

Before the court is a MOTION TO DISMISS filed by respondent STEVE ROBERTS.  Tab #16.  Therein, respondent ROBERTS contends that the instant action should be dismissed without prejudice because petitioner BROOKS has not yet exhausted the state remedies available to him as required by *Rose v. Lundy*, 455 U.S. 509, 102 S.Ct. 1198, 71 L.Ed.2d 379 (1982). .

After an initial review of the respondent's motion, the undersigned directed petitioner BROOKS to file a response.  Tab #18.  In response, petitioner BROOKS filed a MOTION TO DISMISS wherein he admits that he has not yet exhausted his claims and, as such, requests that the instant action be dismissed without prejudice.  Tab #19.

In light of the foregoing, IT IS RECOMMENDED that the petitioner's MOTION TO DISMISS be GRANTED and that the respondent's MOTION TO DISMISS be DENIED as moot.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN TEN (10) DAYS after being served with a copy thereof.

The Clerk is directed to serve the petitioner at the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 10th day of March, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE