```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION


WILLIE ROBERT BROOKS,              *

        Petitioner,                *

vs.                                *
                                         CASE NO. 3:08-CV-109 (CDL)
STEVE ROBERTS,                     *

        Respondent.                *
_____
                                   *
```

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on March 10, 2009 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 1st day of April, 2009.


                                   S/Clay D. Land
                                        CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE